IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>vs.<br>Marcus Brian Lynch,<br>　　　　Defendant. | 10-04341MP-001-PCT-MEA<br>**ORDER** |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in Paragraphs One, Two and Four of the Petition to Revoke Supervised Probation.

IT IS ORDERED revoking the defendant's supervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **FOUR (4) MONTHS and TWENTY-TWO (22) DAYS**, with credit for time served.

IT IS FURTHER ORDERED that Paragraph Three is DISMISSED.

IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail.

DATED this 29th day of August, 2011.

　　　　　　　　　　　　_____
　　　　　　　　　　　　Mark E. Aspey
　　　　　　　　　　　　United States Magistrate Judge